**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Rodrigo Castellanos<br>16313 S Cuzco Ave<br>Compton, CA 90221<br>562-922-4823<br>rodrigo.c96@yahoo.com<br><br>X Individual appearing without attorney<br>  Attorney for: | FOR COURT USE ONLY<br><br>FILED<br>FEB 25 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JANIS RENE GOOD GEESLIN<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-19026-BR<br>CHAPTER: 7<br><br><br>**NOTICE OF OPPOSITION AND REQUEST FOR A HEARING** |
|---|---|

1. TO (specify name): Ron Maroko, Office of the U.S. Trustee

2. NOTICE IS HEREBY GIVEN that Rodrigo Castellanos,
   a party in interest, hereby opposes the following request (specify that which is opposed):
   NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § FOR FINES AND/OR DISGORGEMENT OF FEE AGAINST BANKRUPTCY PETITION PREPARER

3. This opposition is based upon the following grounds (specify grounds):
   All claims are false. I did not fill out any documentation with regards to this matter. I was never paid and was never expecting to be paid.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                              F 9013-1.3.OPPOSITION.REQ.HEARING

4. Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence (*specify declarations and exhibits by name or description*):
   Declaration in Support of Rodrigo Castellanos' Notice of Opposition and Request for a Hearing

5. ☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6. Total number of attached pages of supporting documentation: 2   R.C.

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

Date: 02/25/2019                                              Respectfully submitted,

                                                              N/A
                                                              Printed name of law firm

                                                              /s/ Castellanos
                                                              Signature

                                                              Rodrigo Castellanos
                                                              Printed name

                                                              Attorney for: N/A

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                   F 9013-1.3.OPPOSITION.REQ.HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Public Counsel, 610 S. Ardmore Ave., Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled: **Notice of Opposition and Request for a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/25/19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. TRUSTEE: Ron Maroko, 915 Wilshire Blvd., Ste 1850  Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/25/19, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PRESIDING JUDGE:
Hon. Barry Russell, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012
(via personal delivery to bin outside of Suite 1660)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/25/2019 | Vikki Padilla | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 3                         F 9013-1.3.OPPOSITION.REQ.HEARING