1  Rodrigo Castellanos
   16313 S Cuzco Ave
2  Compton, CA 90221
3  562-922-4823

4  Self-Represented Party

FILED
FEB 25 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

6                   UNITED STATES BANKRUPTCY COURT
7         CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

9  In re:                              )  Case No.:   2:18-bk-19026-BR
                                       )  Chapter:    7
10                                     )
11     JANIS RENE GOOD GEESLIN         )  DECLARATION OF RODRIGO
                                       )  CASTELLANOS IN SUPPORT OF
12                          Debtor     )  NOTICE OF OPPOSITION AND
13                                     )  REQUEST FOR A HEARING

15  I, RODRIGO CASTELLANOS, declare as follows:
16     1. I am employed as a real estate agent by the office of Ambiance Realty in the State of
17        California.
18     2. Janis Rene Good Geeslin ("Ms. Geeslin"), the debtor, is good friend and a real estate
19        client of mine. I have never purported to be an attorney and have never provided her
20        with any legal advice. To the contrary, I specifically informed Ms. Geeslin that I am not
21        an attorney and could not assist her with filling out any of the bankruptcy paperwork.
22     3. Ms. Geeslin prefers not to drive long distances and does not have a printer. As her good
23        friend, I offered to drive her to various meetings related to her bankruptcy case and print
24        some documents for her.
25  ///
26  ///
27  ///
28  ///

4. Neither Ms. Geeslin nor anyone else compensated me for services related to her bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct. I executed this document on February 25, 2019, in Los Angeles, California.

*[signature]*

Rodrigo Castellanos
Self-Represented Party